UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWYLLA TAUTAU, | No. 2:19-cv-600-KJM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY I.H.S.S., RIVERSIDE COUNTY I.H.S.S., CALIFORNIA DEPARTMENT OF CORRECTIONS, BAKERSFIELD POLICE DEPARTMENT, KERN COUNTY SHERIFF'S DEPARTMENT, F.B.I., | |
| Defendants. | |

On September 9, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 9, 2020, are ADOPTED; and
2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the August 6, 2020 order (ECF No. 3).

DATED: September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE